FILED-USDC-NDTX-DA
'23 SEP 13 PM12:10
AGC

3- 23 CV 2 0 4 8 - N

Sherell Hodge
10022 Spice Ln.
Dallas, Texas 75217
972-922-3544
SherellHodge@LifeofSherell.com

September 5, 2023

Ashley Grayson, Credit Cake LLC
7292 Three Sisters Ln.
Concord, NC 28027

Re: Civil Complaint for Damages – Sherell Hodge et al. v. Ashley Grayson

Dear Ashley Grayson, Credit Cake LLC,

I am writing to inform you that I, Sherell Hodge, have decided to pursue legal action against Ashley Grayson. This civil complaint is being filed in relation to the intentional and negligent infliction of emotional distress, invasion of privacy, loss of enjoyment of life, and conspiracy, stemming from the events described below.

Parties:

Plaintiffs:
1. Sherell Hodge

Defendant:
Ashley Grayson, Credit Cake, LLC

Statement of Facts:

1. Ashley Grayson engaged in conduct that posed a threat to my life by hiring an individual to commit murder. Although the criminal aspect of this matter is under investigation by the Federal Bureau of Investigation (FBI), we believe that the evidence supports a civil claim for damages as well.

2. In the course of attempting to carry out the aforementioned threat, unidentified individuals approached my residence, creating an atmosphere of fear and insecurity. These events led me to relocate for the safety of myself.

3. The defendant's actions have caused me severe emotional distress, robbing me of the ability to enjoy life as I did prior to these traumatic events. My quality of life has been adversely affected, and the pain and suffering endured are immeasurable.

4. My personal information was disclosed to the person who was contracted to carry out the threat against my life, resulting in a severe invasion of our privacy.

5. This series of events was triggered by my decision to share my concerns about Ashley Grayson's services on the social media platform TikTok. My intent was to raise awareness

about potential scams, and I had received numerous complaints from other consumers who had experienced similar issues with her courses and services.

6. Ashley Grayson's subsequent harassment, both online and offline, has further exacerbated the emotional distress I have suffered.

Claims for Relief:

1. Intentional Infliction of Emotional Distress
2. Negligent Infliction of Emotional Distress
3. Invasion of Privacy
4. Loss of Enjoyment of Life
5. Conspiracy

Requested Relief:

Plaintiffs seek monetary compensation in the amount of $5,000,000 to account for the emotional distress, invasion of privacy, loss of enjoyment of life, and other damages suffered as a result of the defendant's actions. This amount is intended to address the pain and suffering, relocation expenses, and other associated costs incurred due to the defendant's conduct.

We believe that the evidence supports the allegations stated in this complaint, and we are prepared to present our case in court. We kindly request that you acknowledge receipt of this complaint and provide information about the necessary legal proceedings moving forward.

Please address any correspondence to my attorney:

Sherell Shaniece Hodge
10022 Spice Ln.
Dallas, Texas 75217
972-922-3544
SherellHodge@LifeofSherell.com

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Sherell Hodge
Plaintiff

Exhibit A: FBI AGENT trying to get in contact with me, and I had to verify this was real.



Exhibit B: I received a letter from THE US Department of Justice explaining to me that I am a victim of a crime.



Exhibit C: Making my platform aware of the threat on my life.



Exhibit D: Letting my platform know that I had to go to the FBI for an interview.



Exhibit E: After making my platform aware of the threat on my life, Ashley Grayson began mocking the FBI.



Exhibit F: Continuing the mocking..



Exhibit G: Still Mocking The FBI



Exhibit H: Still mocking the FBI



Exhibit I: The person she hired to murder me reached out via Facebook messenger to make me aware she was in fact the hit woman.



Exhibit J: Federal RICO Charges were filed against Ashley Grayson.



2:23-cr-20121-JPM-1 United States

Date filed: (

Date of last filir

**Ashley Grayson (1)**
**Office:** Memphis    **Filed:** 06/29/2023
**County:** Shelby    **Terminated:**    **Reopened:**
**Other Court Case:** None

**Count:** 1    **Citation:** 18:1958-7471.    **Offense Level:** 4
   18:1958 RACKETEERING - MURDER
**Defendant Custody Status:** Released
**Flag:** 51AH

**Defendant:** Ashley Grayson
**Plaintiff:** United States of America **represented by** Patrick Neal Oldham(De

Exhibit K: Arrest Warrant was issued for Ashley Grayson.



Exhibit L: Apart of her bond conditions was to NOT be in contact with any victims, or witnesses.

THER ORDERED that the defendant's release is subject to the conditions mark

defendant is placed in the custody of:
on or organization
ress (only if above is an organization)
and state
) supervise the defendant, (b) use every effort to assure the defendant's appe
: defendant violates a condition of release or is no longer in the custodian's custo

Signed:

defendant must:
submit to supervision by and report for supervision to the   Pretrial Services Office
telephone number   901-495-1550   , no later than   Within 24 hours of relea
continue or actively seek employment.
continue or start an education program.
surrender any passport to:   Clerk of Court in Dallas, TX by 7/10/2023 by 5:00 PM
not obtain a passport or other international travel document.
abide by the following restrictions on personal association, residence, or travel:
Tennessee and Northern District of Texas without the prior approval of the Pretrial Services Of
avoid all contact, directly or indirectly, with any person who is or may be a vict
including:   witnesses or victims

get medical or psychiatric treatment:

return to custody each           at           o'clock after being release
or the following purposes:

maintain residence at a halfway house or community corrections center, as the p

Exhibit M: She continues to post me directly and indirectly. Creating fake pages.







**U.S. Department of Justice**
Federal Bureau of Investigation
Charlotte Division
7915 Microsoft Way
Charlotte, NC 28273
Phone: (502) 263-6017
Fax: (502) 263-6245

December 09, 2022

Sherell Hodge
3820 VITRUVIAN WAY
Addison, TX 75001

RE: Case Number: 166C-ME-3660878

Dear Sherell Hodge:

As a Victim Specialist with the Charlotte Division, I'm contacting you because we have identified you as a possible victim of a crime.

This case is currently under investigation by the FBI. A criminal investigation can be a lengthy undertaking, and, for several reasons, we cannot tell you about its progress at this time. A victim of a federal crime is entitled to receive certain services. The enclosed brochure introduces you to the FBI's Victim Assistance Program and the types of assistance that may be available to you.

Current information regarding the status of your case can be found on the Internet at https://www.notify.usdoj.gov or by calling the Victim Notification System (VNS) Call Center at 1-866-DOJ-4YOU (1-866-365-4968). You will need to enter your Victim Identification Number (VIN) '**7000907**' and your Personal Identification Number (PIN) '**4966**' anytime you contact the Call Center and the first time you log into VNS on the Internet. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Hodge.

You can also use the Call Center and the Internet to correct/update your contact information and/or change your decision regarding participation in the notification system. Your participation in this notification system is totally voluntary. You can choose not to participate or reactivate your access at any time. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

The email address VNS currently has for you is sherell37@gmail.com. If this address is correct and you have not received an email from VNS within four days of the date of this letter, please check your junk/spam folder and accept emails from fedemail@vns.usdoj.gov. If the email address provided above is incorrect, please update the email address by accessing the VNS Web site. This email address has not been verified in VNS and future emails will not contain details about the nature of the notification. To receive subsequent emails <u>with the full text of the notification</u> you must <u>verify</u> this email address by accessing the VNS Internet web page using the login information provided above.

Once you have verified/updated your email address, most, if not all, future notifications will be provided by email and not by letter. If you do not verify your email address, VNS will continue (in most cases) to send letter and email notifications. However, when an email address is not verified, future emails will not contain details about the nature of the notification.

If you have additional questions related to this matter, please contact me at (502) 263-6017. When you call, please provide the file number located at the top of this letter.

Sincerely,


Sherita Gatewood
Victim Specialist

# CIVIL COVER SHEET

JS 44 (Rev. 10/20) - TXND (10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sherell Hodge

**DEFENDANTS**
Ashley Grayson

**(b)** County of Residence of First Listed Plaintiff: **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cabarrus
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED SEP 13 2023 AGL
CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** / **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations |  | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [x] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage |  | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |  | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
|  |  | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** |  | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** |  |  |
| [ ] 290 All Other Real Property |  | **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 448 Education / [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. 2255
Brief description of cause:
Invasion of Privacy and conspiracy

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 5,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: SEPTEMBER 13, 2023
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

*[signature]*   09/05/2023