IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

SHERELL HODGE §
Plaintiff §
§
§
§
v. § 3:23-CV-02048
§ Case Number
ASHLEY GRAYSON, CREDIT CAKE, LLC §
Defendant §

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned notifies the clerk that

SHERELL HODGE                          PLAINTIFF
Party Name                             Party Role (Plaintiff or Defendant)

✓ waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

✓ acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: SEPTEMBER 18, 2023

Signature: Sherell Hodge

Bar Number (if attorney): _____

Telephone Number: 972 922 3544

E-mail Address: Sherell Hodge @ Life of Sherell.com

**NOTE:** A district judge or a magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.