IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHERELL HODGE, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:23-CV-2048-N-BK |
| § | |
| ASHLEY GRAYSON, § | |
|     DEFENDANT. § | |

## MAGISTRATE JUDGE'S QUESTIONNAIRE

A document titled "Answers to Magistrate Judge's Questionnaire" is attached. The Court perceives the facts set forth in the complaint as inadequate in whole or part to state a claim against Defendant. This Questionnaire gives Plaintiff the opportunity to supplement the complaint with more specific facts in support of the claims alleged. *See Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

Accordingly, Plaintiff is **ORDERED** to answer the questions in the attached document in the space provided for the answers. Plaintiff may attach additional pages to answer the questions fully but may not write on the back of the pages. **Plaintiff is further ORDERED to verify the answers under penalty of perjury by signing on the line at the end of the questions and return the answers to the district clerk by October 13, 2023.**

*Failure to file answers to the Questionnaire may result in the dismissal of the action for failure to prosecute.*

**SO ORDERED** on September 22, 2023.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERELL HODGE, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:23-CV-2048-N-BK |
| | § | |
| ASHLEY GRAYSON, | § | |
|     DEFENDANT. | § | |

### ANSWERS TO MAGISTRATE JUDGE'S QUESTIONNAIRE

1. Identify the date(s) (month, day, and year) when Defendant Ashley Grayson acted as alleged in the complaint.

2. Identify the city and state where the events at issue in the complaint occurred.

1

3. Explain why you believe venue is appropriate in the Dallas Division of the Northern District of Texas.

4. The complaint seeks compensatory damages of $5,000,000.   Explain the basis for seeking such amount.

5. Unless otherwise provided by statute, federal district courts have subject matter jurisdiction over: (1) federal questions arising under the Constitution, laws, or treaties of the United States, and (2) civil actions between citizens of different states or foreign nations where the amount in controversy exceeds $75,000, exclusive of interest and costs.   *See* 28 U.S.C. §§ 1331 and 1332(a).   Explain why a federal court has the authority to hear your case.

6. In the Civil Cover Sheet, you cite to 18 U.S.C. § 2255 as the basis for your cause of action. Explain why you think 18 U.S.C. § 2255 is applicable to the allegations in this case.

**STATE OF TEXAS**

**COUNTY OF _____**

**<u>VERIFICATION</u>**

I understand that a false statement or answer to any interrogatory in this cause of action will subject me to penalties for perjury.   I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct.   28 U.S.C. § 1746.

SIGNED on this _____ day of _____, 2023.

_____<br>(Signature of Plaintiff).

4